■ JOHN LOTAJ, Appellant, v CITY OF NEW YORK, Respondent. [8 NYS3d 286]—

Order, Supreme Court, New York County (Louis B. York, J.), entered May 7, 2014, which granted defendant's motion to dismiss the complaint for lack of standing, unanimously affirmed, without costs.

The court properly dismissed the complaint alleging that defendant improperly sold taxi medallions through a competitive auction rather than through a lottery. Plaintiff does not allege in the complaint that he sought, and failed to obtain, a medallion under the current system, that he sought financing to support a bid for a medallion, or that he took any other practical steps. Accordingly, the allegations that he wrongfully has been denied the opportunity for a chance to obtain a taxi medallion

are speculative and conjectural, and do not amount to an allegation of "injury in fact" (*see New York State Assn. of Nurse Anesthetists v Novello*, 2 NY3d 207, 211-212 [2004]; *Roberts v Health & Hosps. Corp.*, 87 AD3d 311, 318-319 [1st Dept 2011], *lv denied* 17 NY3d 717 [2011]).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Sweeny, J.P., Andrias, Manzanet-Daniels and Clark, JJ.